UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

EVAN PETROS, Individually,

    Plaintiff,

vs.

DENNY'S Inc.
A foreign corporation

    Defendant.
_____/

Case No: 1:13-cv-1314
Hon. Gordon J. Quist

### ORDER OF DISMISSAL

At a session of said Court held on:
February 19, 2014

PRESENT: HON. GORDON J. QUIST
U.S. District Judge

Upon reading and filing of the Stipulation,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as to any party.

This Order dismisses the last pending claim and closes this case.

        /s/ Gordon J. Quist
        DISTRICT JUDGE